UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRVIN LEE GREENE,<br><br>               Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JAIL CORRECTIONS,<br><br>               Defendant. | CASE NO. C13-5605 RJB-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation, defendant's motion to dismiss, (ECF No. 12), is granted for the reasons set forth in the Report and Recommendation.

2. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 25th day of October, 2013.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER - 1